IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MINERVA DAIRY, INC. and
ADAM MUELLER,

    Plaintiffs,

v.

BEN BRANCEL, BRAD SCHIMEL, and
PETER J. HAASE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-299-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favors of defendants Ben Brancel, Brad Schimel, and Peter J. Haase granting their motion for summary judgment and dismissing this case.

| s/V. Olmo, Deputy Clerk | 02/05/2018 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |