IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MINERVA DAIRY, INC., and ADAM MUELLER,<br><br>                   Plaintiffs,<br><br>               v.<br><br>SHEILA HARSDORF, in her official capacity as the Secretary of the Wisconsin Department of Agriculture, Trade and Consumer Protection; BRAD SCHIMEL, in his official capacity as the Attorney General for the state of Wisconsin; and PETER J. HAASE, in his official capacity as the Bureau Director of the Division of Food and Recreational Safety within the Wisconsin Department of Agriculture, Trade and Consumer Protection,<br><br>               Defendants. | Civil Action No. 17-cv-299<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Minerva Dairy, Inc. and Adam Mueller, plaintiffs, in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit, from the final Judgment and Opinion & Order Granting Defendants' Motion for Summary Judgment (Docket Nos. 51-52), entered in this action on February 5, 2018.

DATED: March 5, 2018

Respectfully submitted:

/s/Joshua P. Thompson
JOSHUA P. THOMPSON
ANASTASIA P. BODEN
WENCONG FA
*Attorneys for Plaintiffs*
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
Telephone: (916) 419-7111
E-mail: JThompson@pacificlegal.org
E-mail: ABoden@pacificlegal.org
E-mail: WFa@pacificlegal.org